```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
                                :
UNITED STATES OF AMERICA        :
                                :
          - v. -                :       ORDER
                                :
                                :       S3 07 Cr. 971
LLOYD REID,                     :
  a/k/a "Kevin,"                :
                                :
                    Defendant.  :
- - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

IT IS SO ORDERED:

That the bail conditions with respect to the above-referenced defendant, which were set on or about October 26, 2007, by the Honorable Kevin N. Fox, United States Magistrate Judge, and affirmed by this Court on or about October 30, 2007, are modified with respect to the financially responsible co-signers for the $250,000 personal recognizance bond as follows: LLOYD REID, a/k/a "Kevin", shall be released on a $250,000 personal recognizance bond secured by eight financially responsible co-signers, instead of four financially responsible

co-signers. Counsel for the defendant has consented to such a modification of the bail conditions.

Dated:   New York, New York
         November 1, 2007

_____
THE HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

NOV-01-2007 14:15   US DISTRICT COURT   212 805 4060   P.02
TOTAL P.02