**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

RECEIVED NOV 20 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

MEMO ENDORSED

November 20, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

BY FACSIMILE

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: United States v. Lloyd Reid
        07 Cr. 971 (RPP)

Dear Judge Patterson:

    I represent Lloyd Reid in the above referenced matter. I write to request a modification of Mr. Reid's bail conditions. Mr. Reid requests that his travel restrictions be expanded for one day on November 22, 2007 from the hours of 10:00 a.m. until 10:00 p.m. to include 715 East 233rd Street, Bronx, New York 10466 so that he may spend Thanksgiving with his four year old son, Tyce Campbell.

    I have spoken to Pre-Trial Services Officer Leo Barrios and AUSA Jocelyn Strauber and they do not consent to this request.

    If you require any additional information please contact me at your convenience.

    Thank you for your consideration.

Sincerely,

Jeremy Schneider (sc)
Jeremy Schneider

cc: Jocelyn Strauber, Esq.
    Assistant United States Attorney

    Leo Barrios
    Pre-Trial Services Officer

*Application Denied in view of the letter in opposition dated 11/20/07*
*So Ordered*
*Robt P Patterson Jr USDJ*
*11/21/07*

MICROFILMED NOV 26 2007 -12:00 PM