# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

RECEIVED DEC 19 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

December 19, 2007

**BY FACSIMILE**

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

Re: United States v. Lloyd Reid
    07 Cr. 917 (RPP)

Dear Judge Patterson:

I represent Lloyd Reid in the above-referenced matter. I write to request a modification of Mr. Reid's bail conditions to allow him to attend his daughter's school Christmas Show on December 19, 2007 and to attend traffic court on December 26, 2007. We have contacted AUSA John Zach and he has no objection to this request. At this time we have been unable to reach Pre-Trial Services Officer Leo Barrios.

I request that Mr. Reid's bail conditions be modified to include his attendance at his eight-year-old daughter Azaleah's Christmas Show tonight, December 19, 2007 from 6:00 p.m. until 9:00 p.m. at the Immaculate Conception School located on Gun Hill Road in the Bronx.

It is further requested that Mr. Reid's bail conditions be modified to include his required appearance in Bronx Traffic Court on December 26, 2007 from 9:30 a.m. until 12:00 p.m.

So ordered
Robert P. Patterson
USDJ
12/19/05

Hon. Robert P. Patterson
December 19, 2007
Page Two

    If you have any questions or require any additional information, please do not hesitate to contact me.

    Thank you for your consideration.

Respectfully submitted,

Jeremy Schneider

cc:  John Zach
     Assistant United States Attorney

     Leo Barrios
     Pre-Trial Services Officer

JS/awc