ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

Tel: (212) 571-5500
Fax: (212) 571-5507

December 20, 2007

**BY FACSIMILE**

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Lloyd Reid
     07 Cr. 917 (RPP)

Dear Judge Patterson:

I represent Lloyd Reid in the above-referenced matter.  I write to request a modification of Mr. Reid's travel restrictions to include 715 East 233rd Street in the Bronx between 2:00 p.m. and 7:00 p.m. on December 25, 2007 so that he may spend a portion of Christmas day with his four-year-old son, Tyre who does not reside in the home with him.  We have spoken with AUSA John Zach and Pre-Trial Services Officer Leo Barrios and both consent to this request.

If you have any questions or require any further information, please contact me at your convenience.

Thank you for your consideration.

Respectfully submitted,

Jeremy Schneider

cc:  AUSA John Zach

     Mr. Leo Barrios
     Pre-Trial Services Officer

So ordered
R.M.P Patterson
USDJ
12/20/07