**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

# MEMO ENDORSED

Tel: (212) 571-5500
Fax: (212) 571-5507

RECEIVED JAN -8 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

January 8, 2008

BY FACSIMILE

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

Re: United States v. Hugh Gray
Including Lloyd Reid
07 Cr. 971 (RPP)

Dear Judge Patterson:

I represent Lloyd Reid in the above-referenced matter. I write to request a modification of Mr. Reid's travel restrictions to include 715 East 233rd Street in the Bronx between 10:00 a.m. and 1:00 p.m. on January 10, 2008 so that he may visit his four-year-old son, Tyce who does not reside in the home with him. We have spoken with Pre-Trial Services Officer Leo Barrios regarding this request and he has no objection. We attempted to contact AUSA John Zach on January 7, 2008 and January 8, 2008, but have been unable to reach him.

If you have any questions or require any further information, please contact me at your convenience.

Thank you for your consideration.

Respectfully submitted,

Jeremy Schneider

cc: AUSA John Zach
    Mr. Leo Barrios
    Pre-Trial Services Officer
JS/auc

*Application granted to allow Mr. Reid to visit his son between 10 A.M. and 1 P.M. on January 10, 2008. So ordered.*
*Robert P. Patterson, USDJ*
*1/9/08*