### ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

RECEIVED FEB 13 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**MEMO ENDORSED**

February 13, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

<u>BY FACSIMILE</u>

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  United States v. Hugh Gray
          **Including Lloyd Reid**
          <u>07 Cr. 971 (RPP)</u>

Dear Judge Patterson:

    I represent Lloyd Reid in the above-referenced matter. I write to request a modification of Mr. Reid's travel restrictions to include 715 East 233rd Street in the Bronx between 12:00 p.m. and 4:00 p.m. on February 14, 2008 so that he may visit his four-year-old son, Tyce who does not reside in the home with him. We have spoken with Pre-Trial Services Officer Leo Barrios regarding this request and he has no objection. We attempted to contact AUSA John Zach on February 12, 2008 and February 13, 2008, but have been unable to reach him.

    If you have any questions or require any further information, please contact me at your convenience.

    Thank you for your consideration.

Respectfully submitted,

*Jeremy Schneider* (aw)
Jeremy Schneider

cc: AUSA John Zach

    Mr. Leo Barrios
    Pre-Trial Services Officer

JS/auc

*Application granted. So ordered.*
*Robert P. Patterson*
*USDJ*
*2/13/08*