RECEIVED MAR 26 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

March 26, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

BY FACSIMILE

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: United States v. Hugh Gray
> **Including Lloyd Reid**
> 07 Cr. 971 (RPP)

Dear Judge Patterson:

I represent Lloyd Reid in the above-referenced matter. I write to request a modification of Mr. Reid's travel restrictions to include 715 East 233rd Street in the Bronx between 12:00 p.m. and 3:00 p.m. on March 29, 2008 so that he may visit his four-year-old son, Tyce who does not reside in the home with him. We have spoken with Pre-Trial Services Officer Leo Barrios and AUSA John Zach and both consent to this request.

If you have any questions or require any further information, please contact me at your convenience.

Thank you for your consideration.

Respectfully submitted,

Jeremy Schneider (auc)

cc: AUSA John Zach

Mr. Leo Barrios
Pre-Trial Services Officer

*Application granted*
*So ordered*
*[signature] RPP*
3/26/08