## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

RECEIVED APR -1 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

April 1, 2008

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

<u>BY FACSIMILE</u>

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  United States v. Hugh Gray
           **Including Lloyd Reid**
           <u>07 Cr. 971 (RPP)</u>

Dear Judge Patterson:

    I represent Lloyd Reid in the above-referenced matter and write to request a modification of Mr. Reid's bail conditions which presently include home confinement and electronic monitoring. Mr. Reid has been offered a job, outside of the home, by Mark Wilks, owner of Express Cut Barber Shop located at 3525 Boston Road in the Bronx. Therefore, it is respectfully requested that Mr. Reid's bail conditions be modified to allow him to travel to and from work at that address, Monday to Saturday, from 11:00 a.m. until 8:00 p.m. We have spoken with AUSA John Zach regarding this matter and he consents to this request. We have also spoken with Pre-Trial Services Officer Leo Barrios who has not yet advised us of whether he consents to this request. In addition, a letter from Mr. Wilks which details the job is enclosed with this letter for your Honor's review.

*Application granted.*
*So ordered.*
*[signature] Robert P. Patterson*
*4/2/08*

Hon. Robert P. Patterson
April 1, 2008
Page Two

    If you have any questions or require any further information, please do not hesitate to contact me.

                                Respectfully submitted,

                                Jeremy Schneider

Encl.

cc:   AUSA John Zach

       Mr. Leo Barrios
       Pre-Trial Services Officer

JS/auc



# EXPRESS CUT
## Barber Shop

March 10, 2008

To Whom It May Concern:

    I Mark Wilks am offering Lloyd Reid a position at my establishment Express Cut Barber Shop, Monday to Saturday during the hours of 11am- 8pm. His responsibilities would include keeping inventory, cleaning up the shop, and also he will be an apprentice, so that a future date he would be able to receive his barber license to become a certified barber. If any further information is needed, please feel free to contact me at 718-654-9056.

Sincerely

*[signature]*

Mark Wilks

---



3525 Boston Road, Bronx, New York 10469. 718-654-9056
New York State Board Certified