# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507


RECEIVED
MAY -8 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 8, 2008

**BY FACSIMILE**

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

 Re:  United States v. Hugh Gray
      **Including Lloyd Reid**
      07 Cr. 971 (RPP)

Dear Judge Patterson:

I represent Lloyd Reid in the above-referenced matter. I write to request a modification of Mr. Reid's bail conditions to include dinner with his family on May 11, 2008 which is Mother's Day from 7:30 p.m. until 10:00 p.m., plus travel time. The family has made a reservation at 7:30 p.m. at Ohana, a restaurant located at 500 City Island Avenue in the Bronx. We have spoken with AUSA John Zach and Pre-Trial Services Officer Leo Barrios regarding this matter and both consent to this request.

If you have any questions or require any further information, please do not hesitate to contact me. Thank you for your consideration.

Respectfully submitted,

Jeremy Schneider (auc)

cc: AUSA John Zach
    Mr. Leo Barrios
    Pre-Trial Services Officer

JS/auc

So ordered
Robt P Patterson
5/8/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08