**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

RECEIVED JUN - 3 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

# MEMO ENDORSED

Tel: (212) 571-5500
Fax: (212) 571-5507

June 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

**BY FACSIMILE**

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Hugh Gray
    **Including Lloyd Reid**
    07 Cr. 971 (RPP)

Dear Judge Patterson:

I represent Lloyd Reid in the above-referenced matter. I write to request a modification of Mr. Reid's bail conditions to include the graduation ceremony of Janelle Denton, his girlfriend, on Thursday, June 5, 2008 from 8:00 a.m. until 12:00 p.m., plus travel time. The ceremony takes place at Madison Square Garden in Manhattan. We have spoken with AUSA John Zach and Pre-Trial Services Officer Leo Barrios regarding this matter and both consent to this request.

If you have any questions or require any further information, please do not hesitate to contact me. Thank you for your consideration.

Respectfully submitted,

*Jeremy Schneider* (auc)
Jeremy Schneider

cc: AUSA John Zach

   Mr. Leo Barrios
   Pre-Trial Services Officer

JS/auc

*Application granted*
*So ordered*
*Robert P. Patterson*
*USDJ*
*6/3/08*