USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

RECEIVED JUN 20 2008
CHAMBERS OF
JUDGE ROBERT F. PATTERSON

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

June 20, 2008

**BY FACSIMILE**

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   United States v. Hugh Gray
      **Including Lloyd Reid**
      07 Cr. 971 (RPP)

Dear Judge Patterson:

I represent Lloyd Reid in the above-referenced matter.  I write to request a modification of Mr. Reid's bail conditions to include the kindergarten graduation ceremony of his daughter on Tuesday, June 24, 2008 from 9:00 a.m. until 11:00 a.m., plus travel time.  The ceremony will take place at P.S. 76 which is located in the Bronx.  We have spoken with AUSA John Zach and Pre-Trial Services Officer Leo Barrios regarding this matter and both consent to this request.

If you have any questions or require any further information, please do not hesitate to contact me.  Thank you for your consideration.

Respectfully submitted,

Jeremy Schneider (auc)

Jeremy Schneider

cc:   AUSA John Zach

      Mr. Leo Barrios
      Pre-Trial Services Officer

JS/auc

application granted
So ordered
Robt P Patterson
USDJ
6/20/08