**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2008

RECEIVED
AUG 26 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

By Hand Delivery
The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   United States v. Lloyd Reid, S10 07 Cr. 971 (RPP)

Dear Judge Patterson:

      The Government respectfully submits this letter to request a 2-day extension of the deadline for the Government to file any motions *in limine* and any 404(b) motion from September 2, 2008, to September 4, 2008. I spoke with counsel for defendant today and she consented to the extension.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

                    By: _____
                             John T. Zach
                             Jocelyn E. Strauber
                             Assistant United States Attorneys
                             (212) 637-2410/1034

Copy to:
Jeremy Schneider, Esq.
Anne Cantor, Esq.
(By Fax)

MEMO ENDORSED

*[Handwritten endorsement:]* Application granted. So ordered. RPPatterson USDJ 8/26/08