# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
### Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

September 11, 2008

MEMO ENDORSED

**BY FACSIMILE**

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: United States v. Hugh Gray
          **Including Lloyd Reid**
          07 Cr. 971 (RPP)

Dear Judge Patterson:

    I represent Lloyd Reid in the above-referenced matter. I write to request a modification of Mr. Reid's bail conditions to allow him to attend church with his family on Sunday, September 14, 2008 from 9:00 a.m. until 3:00 p.m. The church is located at 1912 Adam Clayton Powell, Jr. Blvd. in Manhattan. My office has spoken with AUSA John Zach and Pre-Trial Services Officer Leo Barrios and both consent to this request.

    If you have any questions or require any further information, please do not hesitate to contact me. Thank you for your consideration.

                       Respectfully submitted,

                       Jeremy Schneider

cc: AUSA John Zach
    Mr. Leo Barrios
    Pre-Trial Services Officer

*Application granted. So ordered.*
[signature] R. P. Patterson
9/11/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08